THIS OPINION
 HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 
 The State, Respondent,
 
 
 
 
 

v.

 
 
 
 
 Darryl T. Cook, Appellant.
 
 
 
 
 

Appeal From Fairfield County
Kenneth G. Goode, Circuit Court Judge

Unpublished Opinion No. 2010-UP-023
 Submitted January 4, 2010  Filed January
25, 2010   

APPEAL DISMISSED

 
 
 
 Acting Chief Appellate Defender Robert M.
 Dudek, of Columbia, for Appellant. 
 Attorney General Henry Dargan McMaster, Chief
 Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General
 Donald J. Zelenka, all of Columbia; and Solicitor Douglas A. Barfield, Jr., of
 Lancaster, for Respondent.
 
 
 

PER CURIAM:  Darryl T. Cook appeals his conviction
 and sentence for murder, armed robbery, and grand larceny, arguing the trial
 court erred in admitting evidence he stole money in 1996 from the gas station
 where the murder occurred in 2001.  After thoroughly reviewing the record and briefs
 pursuant to Anders v. California, 386 U.S. 738 (1967), and State v.
 Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss[1] Cook's appeal
 and grant counsel's petition to be relieved.  
APPEAL
 DISMISSED. 
HUFF, A.C.J., GEATHERS,
 J., and CURETON, A.J., concur.  

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.